UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.  2:24–cv–05689–MWF–MAR         Date   September 6, 2024

Title    MISTER BAILEY V. AURORA VELAZQUEZ ET AL

---

PRESENT: THE HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Not Reported; |
|---|---|
| Courtroom Deputy | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):  COURT ORDER**

　　In light of the Notice of Settlement filed 8/28/2024, the Court sets a hearing on Order To Show Cause Re Dismissal for October 7, 2024 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

　　**IT IS SO ORDERED.**

Initials of Clerk:  rs